UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAN COFFMAN | § | |
| | § | |
| v. | § | C.A. NO. C-04-035 |
| | § | |
| WARDEN CASTILLO, et al.. | § | |

### MEMORANDUM OPINION AND ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

On April 27, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 69). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation. *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, defendants' Motions for Summary Judgment (D.E. 63, 64) are GRANTED. Plaintiff's causes of action against defendants Moreno, Fernandez, and Castillo are DISMISSED with prejudice.

ORDERED this      31st      day of      May     , 2005.

_____
HAYDEN HEAD
CHIEF JUDGE